**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

**IN THE MATTER OF:**

**ANTHONY WAYNE JACKSON, JR** **CH. 7 CASE NO. 11-30510 PM**

**DEBTOR**

---

**MARYLAND DEPARTMENT OF**
**LABOR, LICENSING & REGULATION,**

**Plaintiff,**

**versus** **ADV. PROC. NO. 12-00035 PM**

**ANTHONY WAYNE JACKSON, JR**

**Defendant,**

---

**MOTION FOR APPROVED SETTLEMENT FOR THE ADVERSARY CASE AND COUNTERCLAIM**

The Maryland Department of Labor, Licensing and Regulation ("DLLR"), Plaintiff, by its undersigned counsel, and Defendant, have agreed as follows:

1. The above captioned adversary proceeding was opened to determine the dischargeability of a debt owed by Defendant and Defendant filed a Counterclaim.

2. Plaintiff claimed three thousand six hundred eighty dollars ($3,680.00) and interest of two hundred dollars ($3,800.00) on its complaint filed on January 11, 2012.

3. On May 01, 2012, both parties' continued discussion and reached a final settlement.

4. The final settlement total of three thousand dollars ($3,000.00) is deemed non-dischargeable under Section 523 of the United States Code.

5. The settlement terms are seventy five dollars ($75.00) beginning on June 15, 2012 and every month on the 15th until liability to the Plaintiff is satisfied.

**WHEREFORE,** Maryland Department of Labor, Licensing and Regulation ("DLLR"), Plaintiff prays:

1. Plaintiff's claim of three thousand dollars ($3,000.00), nondischargeable;

2. Defendant's settlement terms of seventy five dollars ($75.00) to begin on June 15, 2012 and every 15th of the month until full liability satisfied as full and final settlement of this adversary case be approved;

3. And be granted such other and further relief as this Court deems necessary or appropriate.

Dated: May 02, 2012

_/s/ Roopesh Vijayan_
Roopesh Vijayan Bar #28473
Maryland Department of Labor, Licensing and Regulation
Litigation and Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, Maryland 21201
Ph. (410) 767-2800
Fx. (410) 333-5059
rvijayan@dllr.state.md.us
*Counsel for Plaintiff*

_/s/ Anthony Wayne Jackson, Jr._
Anthony Wayne Jackson, Jr.
5532 Keyworth Court
Capitol Heights, MD 20743
*Defendant/Debtor*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that this Notice, Motion for Approved Settlement & Proposed Order has been sent to the Chapter 7 Trustee, U.S. Trustee, Defendant electronically and/or by first class mail, postage prepaid on May 02, 2012.

Anthony Wayne Jackson, Jr., *Pro Se*
5532 Keyworth Court
Capitol Heights, MD 20743

Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

/s/ Roop Vijayan
Roop Vijayan #28473